UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

LAVETTE BILLS,
OMAR HENRY,
PETER CHEVERE,
KIRK LACEY,
MARK BARNETT,
WAYNE GREEN,
SHERESE GLENN,
REVLON HINDS,
JOSEPH EVANS,
JERRY CALONGE,

                     Defendants.
------------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/10
```

09 CR 507 (KMW)
ORDER

KIMBA M. WOOD, District Judge:

     Trial in the above-captioned case is scheduled for June 1, 2010. A final pretrial conference will be held on Tuesday, May 18, 2010 at 2:00pm.

     SO ORDERED.

Dated: New York, New York
       May 6, 2010

                                          /s/ Kimba M. Wood
                                         KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE